

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | December 17, 2025 |
| U.S. v. ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A "PROMETHEUS," A/K/A "THE ENGINEER," JIMENA ROMINA ARAYA NAVARRO, DANIEL EDUARDO BASTARDO TORREALBA, JAHIDY MARIALFRED BENITEZ NAVAS, ERIC GABRIEL CARDENAS ARZOLA, ALEJANDRO CASTILLO, ASLHY JAVIER GALEANO BASURTO, JOSE DARIO GALEANO BAZURTO, ANTHONY WUILLIAM HERNANDEZ GUERRERO, ROMNEI XAVIER LOPEZ DUGARTE, CESAR BERMUDEZ MACHADO, CARLOS JAVIER MARTINEZ ARMENTA, OSCAR LEONARDO MARTINEZ PIRONA, LEONARDO RAFAEL MONTBRUN ALVAREZ, JOSE ALEJANDRO RIOS AMBANI, NESTOR IVAN TAMAYO GONZALEZ, JOSE WLADIMIR TEJERA ABREU, WLADIMIR JOSE TEJERA ABREU, TATIANA LISBETH TORREALBA, FRANCISCO REQUENA TORREALBA, CARLOS ALBERTO UZCATEGUI RAMIREZ, and JEAN CLAUDE VERA | |
| 8:25CR242 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA |

Be advised that one of the above-named defendants is in custody. You may now unseal as

follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐    Unseal the Indictment and any underlying Magistrate Judge case

☐    Unseal the Magistrate Judge case

☒    Unseal the Indictment but any underlying Complaint and Affidavit should remain

      **Restricted**

☐    Unseal the Magistrate Judge case but the underlying Complaint and Affidavit

        should remain **Restricted**